IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA DAY,** | : | No. 1:23cv355 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **GLOBAL LOGISTICS** | : | |
| **SOLUTIONS, LLC,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of August 2024, for the reasons set forth in the accompanying memorandum, the Defendant Global Logistics Solutions, LLC's motion to dismiss (Doc. 20) is **GRANTED** with regard to plaintiff's claims of hostile work environment and **DENIED** in all other respects. Defendant is directed to file an answer to the amended complaint within twenty-one (21) days of the date of this order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court