IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

CYNTHIA DAY, :
:
: Case No.: 1:23-CV-00355
        Plaintiff, :
:
v. :
:
GLOBAL LOGISTICS SOLUTIONS, LLC, :
:
        Defendant. :

---

## **ORDER**

AND NOW, this ___ day of _____, 20224, upon consideration of Plaintiff's Motion for Reconsideration, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
Judge Julia K. Munley
United States District Judge